# EXHIBIT C



13020 Middletown Industrial Blvd
Louisville, KY 40223
**T** +1 502 489 5125
**F** +1 502 244 3311
jaredg@javs.com
www.javs.com

Gunnar Light
via Overnight Mail
4710 S Wildflower Drive
Chandler, Arizona 85248
**Date 3/15/11**

**RE: Final Compensation**

Gunnar,

As per our agreement, enclosed please find a check representing 4% of the paid invoices from the Malaysia account in the gross amount of $71,055.53 less deductions. The back-up for the check proceeds is below.

| Invoice | Invoice Date | Quote Number | Payment Amount | Date Received | Status |
|---|---|---|---|---|---|
| INV3591 | Sep 29, 2010 | JAVQ25551F1 | $414,865.50 | Oct 4, 2010 | PAID IN FULL |
| INV3592 | Sep 29, 2010 | JAVQ25551F2 | $412,706.92 | Dec 1, 2010 | PAID IN FULL |
| INV3817 | Dec 17, 2010 | JAVQ25551F4 | $297,864.16 | Feb 7, 2011 | PAID IN FULL |
| INV3818 | Dec 17, 2010 | JAVQ25551F5 | $596,108.33 | Feb 7, 2011 | PAID IN FULL |
| INV3935 | Jan 24, 2011 | JAVQ26069 | $38,216.00 | Mar 3, 2011 | PAID IN FULL |
| INV3932 | Jan 21, 2011 | JAVQ26070 | $16,627.42 | Jan 19, 2011 | PAID IN FULL |
| | | Total | $1,776,388.33 | 4% | $71,055.53 |

Given that there was no "new business", this check represents full and final payment of any commission payments you earned while employed by jAVS.

Best,

Jared Green"

Best,

Jared Green
Vice President of Sales & Marketing