# EXHIBIT D

# Elisabeth S. Gray

| | |
|---|---|
| From: | Elisabeth S. Gray |
| Sent: | Friday, June 03, 2011 10:25 AM |
| To: | 'Gunnar Light' |
| Cc: | Jared Green |
| Subject: | RE: JAVS Expenses 2010.xls |
| Attachments: | 1613_001.pdf; 1614_001.pdf |

As you know, you were terminated from jAVS' employment on March 13, 2011. On May 9, 2011, I informed you that your LinkedIn profile misrepresents that you are currently the "Managing Director, International at JAVS, Inc." We then requested that you correct your LinkedIn profile, and any other such social media, to accurately reflect that you are no longer associated with jAVS. I then followed up with you on May 26th after not hearing a response. You responded on May 31 that you are working on making changes to your profile and will let us know when they have been made.

Although you may be undertaking a bigger profile transformation, please make the simple change, immediately, to your LinkedIn profile to simply show an ending date of your employment with jAVS as terminating in March 2011 and that you are not currently with jAVS but that is a past experience in your profile summary and also under "Experience". This should take no more than minutes and will correct the misrepresentation currently on that profile.

Please note that pursuant to the LinkedIn User Agreement http://www.linkedin.com/static?key=user_agreement&trk=hb_ft_usera (also attached), Section 2(B), by having a LinkedIn account, "you represent and warrant that you are entitled to submit the information and that the information is accurate, not confidential, and not in violation of any contractual restrictions or other third party rights. **It is your responsibility to keep your LinkedIn profile information accurate and updated**." Emphasis added. Further, under the "Dos and Don'ts" section 10, you must post "accurate information to us and **update it as necessary**" (10(A)(2)); and must not post "inaccurate" content, including your "affiliation with a person or entity, past or present" (10(A)(28)(a). Emphasis added.

LinkedIn has a claim process for reporting inaccurate information and may "remove or disable access to specified content appearing on the LinkedIn website upon receipt of a verified notice asserting that the content . . . is inaccurate." *See* Copyright Policy, http://www.linkedin.com/static?key=copyright_policy#pri-2, also attached. Under Section 7(B) of the User Agreement, LinkedIn may "restrict, suspend or terminate the account of any User who abuses or misuses the Services. Misuse of the Services includes ... creating false profiles." Before submitting a formal complaint to LinkedIn, we wanted to give you one more opportunity to self-correct the current misrepresentations. We know LinkedIn can be a valuable resource for professional networking and would hate for you to lose access to your account because of this. However, the misrepresentations are confusing and could (and may have already) cause significant damage to jAVS.

If your LinkedIn profile is not corrected by Monday, June 6, 2011, we will submit a verified notice asserting that the content is inaccurate.

Please let me know if you have any questions.

Libby



**MIDDLETON REUTLINGER**

| |
|---|
| **Elisabeth S. Gray** |
| MIDDLETON REUTLINGER |
| 401 South 4th Street |
| Suite 2500 |
| Louisville, KY 40202 |
| |
| Direct Tel: 502.625.2848 |
| Direct Fax: 502.588.1980 |
| Cell: 502.419.8525 |

egray@middreut.com

---

**From:** Gunnar Light [mailto:gunnarlight@gmail.com]
**Sent:** Tuesday, May 31, 2011 5:00 PM
**To:** Elisabeth S. Gray; 'Jared L. Green'
**Subject:** RE: JAVS Expenses 2010.xls

Ms. Gray,
I am planning on making an overall change to my profile. I am working through a few issues which arose. Per your request, I will let you know when I have made the final corrections.

Regards,


Gunnar

---

**From:** Elisabeth S. Gray [mailto:EGray@MiddReut.com]
**Sent:** Thursday, May 26, 2011 9:58 AM
**To:** 'Gunnar Light'; 'Jared L. Green'
**Subject:** RE: JAVS Expenses 2010.xls

Mr. Light:

I am following up on the below request made May 10, 2011. I just checked again your LinkedIn profile and it still erroneously reflects that you are currently employed by jAVS. Please correct it and any other similar profiles to the correct and current status. If you can confirm with me when you have done so, I would appreciate it.

Thank you and let me know if you have any questions.

Libby Gray



**Elisabeth S. Gray**
MIDDLETON REUTLINGER
401 South 4th Street
Suite 2500
Louisville, KY 40202

Direct Tel: 502.625.2848
Direct Fax: 502.588.1980
Cell: 502.419.8525

egray@middreut.com

---

**From:** Gunnar Light [mailto:gunnarlight@gmail.com]
**Sent:** Tuesday, May 10, 2011 3:20 PM
**To:** Elisabeth S. Gray; 'Jared L. Green'; 'Leslie Schneidtmiller'
**Subject:** RE: JAVS Expenses 2010.xls

Dear Ms Gray,
Thank you for your follow up. I have received the check for my expenses while at JAVS.

2

I appreciate the issue regarding my current employment status and intend to update my employment profiles shortly.

Gunnar

---

**From:** Elisabeth S. Gray [mailto:EGray@MiddReut.com]
**Sent:** Monday, May 09, 2011 12:05 PM
**To:** 'Gunnar Light'; Jared L. Green; 'Leslie Schneidtmiller'
**Subject:** RE: JAVS Expenses 2010.xls

Mr. Light:

Just following up on this request. A check in the amount of $3197.96 was sent to you on May 5, 2011. If you have not yet received it, please let me know.

Also, we would like to request that you update any social media or professional networks and remove any indication that you are currently employed by jAVS. For instance, your Linkedin profile represents that you are currently the "Managing Director, International at JAVS, Inc." as well as your experience on that page reflecting such. We believe it could be confusing and is misleading and request that you update Linkedin and any other such pages that represent current employment.

Please do not hesitate to contact me with any questions.

Libby



| Elisabeth S. Gray |
| MIDDLETON REUTLINGER |
| 401 South 4th Street |
| Suite 2500 |
| Louisville, KY 40202 |
| Direct Tel: 502.625.2848 |
| Direct Fax: 502.588.1980 |
| Cell: 502.419.8525 |
| egray@middreut.com |

---

**From:** Gunnar Light [mailto:gunnarlight@gmail.com]
**Sent:** Monday, May 02, 2011 1:05 PM
**To:** Jared L. Green; 'Leslie Schneidtmiller'
**Cc:** Elisabeth S. Gray
**Subject:** RE: JAVS Expenses 2010.xls

Dear Jared and Leslie,
I sent my receipts to you last week via UPS. It was expected to arrive by Friday. Have you received them yet?

Could you please let me know if you have any questions?

Thanks,

Gunnar

**From:** Gunnar Light [mailto:gunnarlight@gmail.com]
**Sent:** Wednesday, April 13, 2011 9:59 AM
**To:** 'Jared L. Green'
**Cc:** 'Leslie Schneidtmiller'; 'Elisabeth S. Gray'
**Subject:** RE: JAVS Expenses 2010.xls

Jared,
Thank you. I will send the receipts to Leslie this week.

Regards,

Gunnar

**From:** Jared L. Green [mailto:jaredg@javs.com]
**Sent:** Wednesday, April 13, 2011 8:55 AM
**To:** Gunnar Light
**Cc:** Leslie Schneidtmiller; Elisabeth S. Gray
**Subject:** Re: JAVS Expenses 2010.xls

Gunnar,

I have reviewed your spreadsheet and I will give Leslie the approval to compensate you upon receipt of the documents. Please go ahead and forward her what you have.

Thank you,

Jared


On Apr 13, 2011, at 10:14 AM, Gunnar Light wrote:

Jared,
Did you get a chance to review my email below? As I mentioned, as soon as you approve my expenses I will mail over my receipts to Leslie.

Please let me know if you have any questions. I look forward to hearing from you.

Regards,

Gunnar

**From:** Gunnar Light [mailto:gunnarlight@gmail.com]
**Sent:** Monday, April 11, 2011 9:00 AM
**To:** Jared L. Green
**Subject:** JAVS Expenses 2010.xls

Jared,

4

Please find attached above my expenses for 2010-11. These were expenses that were not covered by the company card. As you will note the expenses are mainly for taxis and mileage to the airport, with the exception of travel expenses to Louisville which I paid prior to my receipt of the company card. The total was $3,139.96.

Would you kindly review and confirm that JAVS will reimburse me for these? Upon your approval, I will mail out my receipts and printed/signed for each.

Please let me know if you have any questions or would like additional information.

Regards,


Gunnar

&lt;JAVS Expenses 2010.xls&gt;

ir User Agreement has been updated; click here for a summary of the changes.

1. INTRODUCTION.

    A. *Purpose.*

    The mission of LinkedIn is to connect the world's professionals to enable them to be more productive and successful. To achieve our Mission, we make services available through our website, mobile applications, and developer platform, to help you, your connections, and millions of other professionals meet, exchange ideas, learn, make deals, find opportunities or employees, work, and make decisions in a network of trusted relationships and groups

    B. *Scope and Intent.*

    You agree that by registering on LinkedIn, or by using the our website, including our mobile applications, developer platform, premium services, or other information provided as part of the LinkedIn services (collectively "LinkedIn" or the "Services"), you are entering into a legally binding agreeme with LinkedIn Corporation, 2029 Stierlin Court, Mountain View, California 94043, USA if you reside in the United States, and with LinkedIn Ireland Limited if you reside anywhere else in the world ("we," "us," "our," and "LinkedIn") based on the terms of this LinkedIn User Agreement and the LinkedIn Privacy Policy, which is hereby incorporated by reference (collectively referred to as the "Agreement") and become a LinkedIn user ("User'

    If you are using LinkedIn on behalf of a company or other legal entity, such entity may have a separate agreement with us, but you are nevertheless individually bound by this Agreement. If you do not want to become a User, do not conclude the Agreement, do NOT click "Join LinkedIn" and do nc access, view, download or otherwise use any LinkedIn webpage, information or services. By becoming a User you acknowledge that you have read and understood the terms and conditions of this Agreement and that you agree to be bound by all of its provisions. Please note that the LinkedIn Us Agreement and Privacy Policy are also collectively referred to as LinkedIn's "Terms of Service."

2. YOUR OBLIGATIONS.

    A. *Applicable laws and this Agreement*

    You must comply with all applicable laws, the Agreement, as may be amended from time to time with or without advance notice, and the policies an processes explained in the following sections:

    1. DOs and DON'Ts;

    2. Complaints Regarding Content Posted on the LinkedIn Website; and

    3. LinkedIn's Privacy Policy.

    B. *License and warranty for your submissions to LinkedIn.*

    You own the information you provide LinkedIn under this Agreement, and may request its deletion at any time, unless you have shared information content with others and they have not deleted it, or it was copied or stored by other users. Additionally, you grant LinkedIn a nonexclusive, irrevocable, worldwide, perpetual, unlimited, assignable, sublicenseable, fully paid up and royalty-free right to us to copy, prepare derivative works c improve, distribute, publish, remove, retain, add, process, analyze, use and commercialize, in any way now known or in the future discovered, any information you provide, directly or indirectly to LinkedIn, including but not limited to any user generated content, ideas, concepts, techniques or dat to the services, you submit to LinkedIn, without any further consent, notice and/or compensation to you or to any third parties. Any information you submit to us is at your own risk of loss as noted in Sections 2 and 3 of this Agreement.

    By providing information to us, you represent and warrant that you are entitled to submit the information and that the information is accurate, not confidential, and not in violation of any contractual restrictions or other third party rights. It is your responsibility to keep your LinkedIn profile information accurate and updated.

    C. *Service Eligibility.*

    To be eligible to use the Service, you must meet the following criteria and represent and warrant that you: (1) are 18 years of age or older; (2) are n currently restricted from the Services, or not otherwise prohibited from having a LinkedIn account, (3) are not a competitor of LinkedIn or are not usi the Services for reasons that are in competition with LinkedIn; (4) will only maintain one LinkedIn account at any given time; (5) have full power and authority to enter into this Agreement and doing so will not violate any other agreement to which you are a party; (6) will not violate any rights of LinkedIn, including intellectual property rights such as copyright or trademark rights; and (7) agree to provide at your cost all equipment, software, a internet access necessary to use the Services.

    D. *Sign-In Credentials.*

    You agree to: (1) Keep your password secure and confidential; (2) not permit others to use your account; (3) refrain from using other Users' accoun (4) refrain from selling, trading, or otherwise transferring your LinkedIn account to another party; and (5) refrain from charging anyone for access to any portion of LinkedIn, or any information therein. Further, you are responsible for anything that happens through your account until you close dow your account or prove that your account security was compromised due to no fault of your own. To close your account, please visit LinkedIn's customer service site.

    E. *Indemnification.*

    You indemnify us and hold us harmless for all damages, losses and costs (including, but not limited to, reasonable attorneys' fees and costs) relate to all third party claims, charges, and investigations, caused by (1) your failure to comply with this Agreement, including, without limitation, your submission of content that violates third party rights or applicable laws, (2) any content you submit to the Services, and (3) any activity in which you engage on or through LinkedIn.

    F. *Payment.*

    If you purchase any services that we offer for a fee, either on a one-time or subscription basis ("Premium Services"), you agree to LinkedIn storing your payment card information. You also agree to pay the applicable fees for the Premium Services (including, without limitation, periodic fees for premium accounts) as they become due plus all related taxes, and to reimburse us for all collection costs and interest for any overdue amounts. Yo obligation to pay fees continues through the date you cancel your subscription to the Premium Services. All fees and charges are nonrefundable an there are no refunds or credits for partially used periods. You may cancel your Premium Services here. You also acknowledge that LinkedIn's

G. *Notify us of acts contrary to the Agreement.*

If you believe that you are entitled or obligated to act contrary to this Agreement under any mandatory law, you agree to provide us with detailed and substantiated explanation of your reasons in writing at least 30 days before you act contrary to this Agreement, to allow us to assess whether we may, at our sole discretion, provide an alternative remedy for the situation, though we are under no obligation to do so.

H. *Notifications and Service Messages.*

For purposes of service messages and notices about the Services to you, notice shall consist of an email from LinkedIn to an email address associated with your account, even if we have other contact information. You also agree that LinkedIn may communicate with you through your LinkedIn account or through other means including email, mobile number, telephone, or delivery services including the US Postal Service about your LinkedIn account or services associated with LinkedIn. You acknowledge and agree that we shall have no liability associated with or arising from your failure to do so maintain accurate contact or other information, including, but not limited to, your failure to receive critical information about the Service.

I. *Mobile Services.*

LinkedIn may offer the Services through mobile applications created by it or third party developers ("Platform Developers"). If you use the Services through a mobile device, you agree that information about your use of the Services through your mobile device and carrier may be communicated to us, including but not limited to your mobile carrier, your mobile device, or your physical location. In addition, use of the Services through a mobile device may cause data to be displayed on and through your mobile device. By accessing the Services using a mobile device, you represent that to the extent you import any of your LinkedIn data to your mobile device that you have authority to share the transferred data with your mobile carrier or other access provider. In the event you change or deactivate your mobile account, you must promptly update your LinkedIn account information to ensure that your messages are not sent to the person that acquires your old number and failure to do so is your responsibility. You acknowledge you are responsible for all charges and necessary permissions related to accessing LinkedIn through your mobile access provider. Therefore, you should check with your provider to find out if the Services are available and the terms for these services for your specific mobile devices.

Finally, by using any downloadable application to enable your use of the Services, you are explicitly confirming your acceptance of the terms of the End User License Agreement associated with the application provided at download or installation, or as may be updated from time to time.

J. *User-to-User Communication and Sharing (LinkedIn Groups, Answers, Updates, etc.).*

LinkedIn offers various forums and blogs such as LinkedIn Groups and Answers where you can post your observations and comments on designated topics. LinkedIn also enables sharing of information by allowing users to post updates, including links to news articles and other information to their profile. Ideas you post and information you share may be seen and used by other Users, and LinkedIn cannot guarantee that other Users will not use the ideas and information that you share on LinkedIn. Therefore, if you have an idea or information that you would like to keep confidential and/or don't want others to use, or that is subject to third party rights that may be infringed by your sharing it, do not post it to any LinkedIn group or elsewhere on LinkedIn. LINKEDIN IS NOT RESPONSIBLE FOR A USER'S MISUSE OR MISAPPROPRIATION OF ANY CONTENT OR INFORMATION YOU POST IN ANY LINKEDIN COMMUNITY FORUMS SUCH AS THE LINKEDIN BLOG, GROUPS OR ANSWERS.

K. *Privacy.*

You should carefully read our full Privacy Policy before deciding to become a User as it governs our treatment of any information, including personal identifiable information you submit to us. Please note that certain information, statements, data and content (such as photographs) which you may submit to LinkedIn, or groups you choose to join might, or are likely to, reveal your gender, ethnic origin, nationality, age, religion and/or sexual orientation, and/or other personal information about you. You acknowledge that your submission of any information, statements, data, and content to us is voluntary on your part.

L. *Export Control.*

Your use of LinkedIn services, including our software, is subject to export and re-export control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the United States Department of Commerce and sanctions programs maintained by the Treasury Department's Office of Foreign Assets Control. You shall not — directly or indirectly — sell, export, re-export, transfer, divert, or otherwise dispose of any software or service to any end-user without obtaining the required authorizations from the appropriate government authorities. You also warrant that you are not prohibited from receiving US origin products, including services or software.

3. **YOUR RIGHTS.**

On the condition that you comply with all your obligations under this Agreement, we grant you a limited, revocable, nonexclusive, nonassignable, nonsublicenseable right to access, through a generally available web browser or mobile device or application (but not through scraping, spidering, crawling or other technology or software used to access data without the express written consent of LinkedIn), view information and use the Services that we provide on LinkedIn webpages and in accordance with this Agreement. Any other use of LinkedIn contrary to our mission and purpose (such as seeking to connect to someone you do not know or trust, or to use information gathered from LinkedIn commercially unless expressly authorized by LinkedIn) is strictly prohibited and a violation of this Agreement. We reserve all rights not expressly granted in this Agreement, including, without limitation, title, ownership, intellectual property rights, and all other rights and interest in LinkedIn and all related items.

4. **OUR RIGHTS AND OBLIGATIONS.**

A. *Services Availability.*

For as long as LinkedIn continues to offer the Services, LinkedIn shall provide and seek to update, improve and expand the Services. As a result, we allow you to access LinkedIn as it may exist and be available on any given day and have no other obligations, except as expressly stated in this Agreement. We may modify, replace, refuse access to, suspend or discontinue LinkedIn, partially or entirely, or change and modify prices for all or part of the Services in our sole discretion. All of these changes shall be effective upon their posting on our site or by direct communication to you unless otherwise noted. LinkedIn further reserves the right to withhold, remove and or discard any content available as part of your account, with or without notice if deemed by LinkedIn to be contrary to this Agreement. For avoidance of doubt, LinkedIn has no obligation to store, maintain or provide you a copy of any content that you or other Users provide when using the Services.

B. *Third Parties.*

LinkedIn may include links to third party web sites ("Third Party Sites") on www.linkedin.com, developer.linkedin.com, and elsewhere. LinkedIn also enables Platform Developers to create applications ("Platform Applications") that provide features and functionality using data and developer tools made available by LinkedIn.

terms and/or privacy policy of a Third Party Site or Platform Application before using it or sharing any information with it, because you may give the operator permission to use your information in ways we would not.

LinkedIn is not responsible for and does not endorse any features, content, advertising, products or other materials on or available from Third Party Sites. LinkedIn also does not screen, audit, or endorse Platform Applications. Accordingly, if you decide to access Third Party Sites or use Platform Applications, you do so at your own risk and agree that your use of any Platform Application is on an "as-is" basis without any warranty as to the Platform Developer's actions, and that this Agreement does not apply to your use of any Third Party Site or Developer Application.

Please note: If you allow an Platform Application or Third Party Site to authenticate to or connect with your LinkedIn account, that application or website can access information on LinkedIn related to you and your connections.

For additional information regarding Platform Developers and Platform Applications, please refer to LinkedIn's Privacy Policy.

C. *Disclosure of User Information.*

You acknowledge, consent and agree that we may access, preserve, and disclose your registration and any other information you provide if require to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary in our opinion to: (1) comply with legal process, including but not limited to civil and criminal subpoenas, court orders or other compulsory disclosures; (2) enforce this Agreement; (3) respond to claims of a violation of the rights of third parties, whether or not the third party is a User, individual, or government agency; (4) respond to customer service inquiries; or (5) protect the rights, property, or personal safety of LinkedIn, our Users or the public.

D. *Connections and Interactions with other Users.*

You are solely responsible for your interactions with other Users. LinkedIn may limit the number of connections you may have to other Users and may, in certain circumstances, prohibit you from contacting other Users through use of the Services or otherwise limit your use of the Services. LinkedIn reserves the right, but has no obligation, to monitor disputes between you and other members and to restrict, suspend, or close your accou if LinkedIn determines, in our sole discretion, that doing so is necessary to enforce this Agreement.

5. **DISCLAIMER.**

SOME COUNTRIES AND JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.

DO NOT RELY ON LINKEDIN, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE PLATFORM FOR LINKEDIN AND ALL INFORMATION AND SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS.

TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, WE DISCLAIM ANY AND ALL IMPLIED WARRANTIES AND REPRESENTATION INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT. IF YOU ARE DISSATISFIED OR HARMED BY LINKEDIN OR ANYTHING RELATED TO LINKEDIN, YOU MAY CLOSE YOUR LINKEDIN ACCOUNT AND TERMINATE THIS AGREEMENT IN ACCORDANCE WITH SECTION 7 ("TERMINATION") AND SUCH TERMINATION SHALL BE YOUR SOLE AND EXCLUSIVE REMEDY.

LINKEDIN IS NOT RESPONSIBLE, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR THE DELIVERY OF ANY MESSAGES (SUCH AS INMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH LINKEDIN TO ANYONE. I ADDITION, WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE SERVICE WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED ON THE WEBSITE MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED SUCH MATERIAL TO US, SERVICE, OR TECHNOLOGY.

LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE IDENTITY OF THE PERSONS SUBSCRIBING TO ITS SERVICES, NOR DOES IT HAV ANY OBLIGATION TO MONITOR THE USE OF ITS SERVICES BY OTHER USERS OF THE COMMUNITY; THEREFORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR IDENTITY THEFT OR ANY OTHER MISUSE OF YOUR IDENTITY OR INFORMATION.

LINKEDIN DOES NOT GUARANTEE THAT THE SERVICES IT PROVIDES WILL FUNCTION WITHOUT INTERRUPTION OR ERRORS IN FUNCTIONINC IN PARTICULAR, THE OPERATION OF THE SERVICES MAY BE INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR SYSTEM OR NETWORK FAILURES. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MALFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITE DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES RELATED TO INTERNET SERVICE PROVIDERS, TO THE SATURATIC OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON.

6. **LIMITATION OF LIABILITY.**

SOME COUNTRIES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY IN CONTRACTS WITH CONSUMERS AND AS A RESULT THE CONTENTS OF THIS SECTION MAY NOT APPLY TO YOU.

Neither LinkedIn nor any of our subsidiaries, affiliated companies, employees, shareholders, or directors ("LinkedIn Affiliates") shall be liable for (a) any damages in excess of five times the most recent monthly fee that you paid for a Premium Service, if any, or US $100, whichever amount is greater, or (b) an special, incidental, indirect, punitive or consequential damages or loss of use, profit, revenue or data to you or any third person arising from your use of the Service, any platform applications or any of the content or other materials on, accessed through or downloaded from LinkedIn. This limitation of liability shall:

  A. Apply regardless of whether (1) you base your claim on contract, tort, statute or any other legal theory, (2) we knew or should have known about the possibility of such damages, or (3) the limited remedies provided in this section fail of their essential purpose; and

  B. Not apply to any damage that LinkedIn may cause you intentionally or knowingly in violation of this Agreement or applicable law, or as otherwise mandated by applicable law that cannot be disclaimed from in this Agreement.

  C. Not apply if you have entered into a separate agreement to purchase Premium Services with a separate Limitation of Liability provision that supersedes this section in relation to those Premium Services.

7. TERMINATION.

   A. *Mutual rights of termination.*

   You may terminate this Agreement, for any or no reason, at any time, with notice to LinkedIn. This notice will be effective upon LinkedIn processing your notice. LinkedIn may terminate the Agreement for any reason or no reason, at any time, with or without notice. This cancellation shall be effective immediately or as may be specified in the notice. For avoidance of doubt, only LinkedIn or the party paying for the services may terminate your access to any Premium Services. Termination of your LinkedIn account includes disabling your access to LinkedIn and may also bar you from any future use of LinkedIn.

   B. *Misuse of the Services.*

   LinkedIn may restrict, suspend or terminate the account of any User who abuses or misuses the Services. Misuse of the Services includes inviting other Users with whom you do not know to connect; abusing the LinkedIn messaging services; creating multiple or false profiles; using the Services commercially without LinkedIn's authorization, infringing any intellectual property rights, or any other behavior that LinkedIn, in its sole discretion, deems contrary to its purpose. In addition, and without limiting the foregoing, LinkedIn has adopted a policy of terminating accounts of Users who, in LinkedIn's sole discretion, are deemed to be repeat infringers under the United States Copyright Act.

   C. *Effect of Termination.*

   Upon the termination of your LinkedIn account, you lose access to the Services. In addition, LinkedIn may block access to the Services from an IP address or range of IP addresses associated with those of terminated Users. The terms of this Agreement shall survive any termination, except Sections 3 ("Your Rights") and 4.a-b, and d ("Our Rights and Obligations") hereof.

8. CALIFORNIA LAW AND ARBITRATION.

   A. *Choice of Law.*

   Except for any Disputes relating to intellectual property rights, obligations or any infringement claims, any disputes with LinkedIn arising out of or relating to the Agreement ("Disputes") shall be governed by California law regardless of your country of origin or where you access LinkedIn, and notwithstanding of any conflicts of law principles and the United Nations Convention for the International Sale of Goods.

   B. *Agreement to Arbitrate and Pay Attorneys' Fees.*

   Any Disputes shall be resolved by final and binding arbitration under the rules and auspices of the American Arbitration Association, to be held in San Francisco, California, in English, with a written decision stating and legal reasoning issued by the arbitrator(s) at either party's request, and with arbitration costs and reasonable documented attorneys' costs of both parties to be borne by the party that ultimately loses.

   C. *Exception from Arbitration Agreement*

   Either party may obtain injunctive relief (preliminary or permanent) and orders to compel arbitration or enforce arbitral awards in any court of competent jurisdiction.

   D. *Refundable Fee Advances for Consumers*

   If you are involved in a Dispute as a consumer without any commercial interests related to the Dispute, we will agree to conduct arbitration proceedings in a major City in your State if travel to California would constitute an undue burden for you, and we will advance any arbitration fees that exceed what you would have had to pay for court proceedings (if you substantiate and represent to us in a written statement what court proceedings would have cost) provided that you shall refund such amounts if we ultimately prevail in the arbitration.

9. GENERAL TERMS.

   A. *Severability.*

   If any provision of this Agreement is found by a court of competent jurisdiction or arbitrator to be illegal, void, or unenforceable, the unenforceable provision will be modified so as to render it enforceable and effective to the maximum extent possible in order to effect the intention of the provision; and if a court or arbitrator finds the modified provision invalid, illegal, void or unenforceable, the validity, legality and enforceability of the remaining provisions of this Agreement will not be affected in any way.

   B. *Language.*

   Where LinkedIn has provided you with a translation of the English language version of this Agreement, the Privacy Policy, and/or any other documentation, you agree that the translation is provided for your convenience only and that the English language versions of this Agreement, the Privacy Policy, and any other documentation, including additional terms of service for Premium Services, will govern your relationship with LinkedIn

   C. *Notices and Service of Process.*

   In addition to Section 2.h. ("Notices and Service Messages"), we may notify you via postings on www.linkedin.com. You may contact us via email at

   legal@linkedin.com

   Or via mail or courier at:

   LinkedIn Corporation
   ATTN: Legal Department
   2029 Stierlin Court
   Mountain View, CA 94043
   USA

   Additionally, LinkedIn accepts service of process at this address. Any notices that you provide without compliance with this section on Notices shall have no legal effect.

D. *Entire Agreement.*

You agree that this Agreement constitutes the entire, complete and exclusive agreement between you and us regarding the Services and supersedes all prior agreements and understandings, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other LinkedIn services, third-party content or third party software.

E. *Amendments to this Agreement.*

We reserve the right to modify, supplement or replace the terms of the Agreement, effective upon posting at www.linkedin.com or notifying you otherwise. If you do not want to agree to changes to the Agreement, you can terminate the Agreement at any time per Section 7 (Termination).

F. *No informal waivers, agreements or representations.*

Our failure to act with respect to a breach of this Agreement by you or others does not waive our right to act with respect to that breach or subsequent similar or other breaches. Except as expressly and specifically contemplated by the Agreement, no representations, statements, consents, waivers other acts or omissions by any LinkedIn Affiliate shall be deemed legally binding on any LinkedIn Affiliate, unless documented in a physical writing hand signed by a duly appointed officer of LinkedIn.

G. *No Injunctive Relief.*

In no event shall you seek or be entitled to rescission, injunctive or other equitable relief, or to enjoin or restrain the operation of the Service, exploitation of any advertising or other materials issued in connection therewith, or exploitation of the Services or any content or other material used or displayed through the Services.

H. *Beneficiaries.*

Entities other than LinkedIn Corporation and LinkedIn Ireland, Limited, that LinkedIn Corporation owns a 50% or greater interest in ("Affiliate") are not parties, but intended third party beneficiaries of this Agreement, with a right to enforce the Agreement directly against you.

I. *Assignment and Delegation.*

You may not assign or delegate any rights or obligations under the Agreement. Any purported assignment and delegation shall be ineffective. We may freely assign or delegate all rights and obligations under the Agreement, fully or partially without notice to you. We may also substitute, by way unilateral novation, effective upon notice to you, LinkedIn Corporation for any third party that assumes our rights and obligations under this Agreement.

10. **LINKEDIN USER "DOS" and "DON'TS."**

   As a condition to access LinkedIn, you agree to this User Agreement and to strictly observe the following DOs and DON'Ts:

   A. *Do undertake the following:*

   1. Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, export control laws, tax laws, and regulatory requirements;
   2. Provide accurate information to us and update it as necessary;
   3. Review and comply with our Privacy Policy;
   4. Review and comply with notices sent by LinkedIn concerning the Services; and
   5. Use the Services in a professional manner.

   B. *Don't undertake the following:*

   1. Act dishonestly or unprofessionally by engaging in unprofessional behavior by posting inappropriate, inaccurate, or objectionable content to LinkedIn;
   2. Duplicate, license, sublicense, publish, broadcast, transmit, distribute, perform, display, sell, rebrand, or otherwise transfer information found on LinkedIn (excluding content posted by you) except as permitted in this Agreement, LinkedIn's developer terms and policies, or as expressly authorized by LinkedIn;
   3. Reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive the source code for any underlying intellectual property used to provide the Services, or any part thereof;
   4. Include information in your profile or elsewhere, except in designated fields, that reveals your identity or sensitive personal information such as an email address, phone number or address or is confidential in nature;
   5. Create a user profile for anyone other than a natural person;
   6. Utilize information, content or any data you view on and/or obtain from LinkedIn to provide any service that is competitive, in LinkedIn's sole discretion, with LinkedIn;
   7. Imply or state, directly or indirectly, that you are affiliated with or endorsed by LinkedIn unless you have entered into a written agreement with LinkedIn (this includes, but is not limited to representing yourself as an accredited LinkedIn trainer if you have not been certified by LinkedIn as such);
   8. Adapt, modify or create derivative works based on LinkedIn or technology underlying the Services, or other Users' content, in whole or part except as permitted under LinkedIn's developer program;
   9. Rent, lease, loan, trade, sell/re-sell access to LinkedIn or any information therein, or the equivalent, in whole or part;
   10. Deep-link to the Site for any purpose, (i.e. including a link to a LinkedIn web page other than LinkedIn's home page) unless expressly authorized in writing by LinkedIn or for the purpose of promoting your profile or a Group on LinkedIn as set forth in the Brand Guidelines;

pages or other services contained in the site;

12. Use bots or other automated methods to add or download contacts, send or redirect messages or other permitted activities other than through LinkedIn-sanctioned tools such as its application programming interfaces or its own services or integrations with other, partner services;

13. Access, via automated or manual means or processes, LinkedIn for purposes of monitoring its availability, performance or functionality or f any competitive purpose;

14. Engage in "framing," "mirroring," or otherwise simulating the appearance or function of LinkedIn's website;

15. Attempt to or actually access LinkedIn by any means other than through the interfaces provided by LinkedIn;

16. Attempt to or actually override any security component included in or underlying LinkedIn;

17. Engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on our infrastructure, including but not limited to unsolicited communications to other Users or LinkedIn personnel, attempts to gain unauthorized access, or transmission or activation of computer viruses;

18. Remove any copyright, trademark or other proprietary rights notices contained in or on LinkedIn, including those of both LinkedIn and any its licensors;

19. Remove, cover or otherwise obscure any form of advertisement included on LinkedIn;

20. Harass, abuse or harm another person, including sending unwelcomed communications to others using LinkedIn;

21. Collect, use or transfer any information, including but not limited to, personally identifiable information obtained from LinkedIn except as expressly permitted in this Agreement or as the owner of such information may expressly permit;

22. Share information of non-Users without their express consent;

23. Interfere with or disrupt LinkedIn, including but not limited to any servers or networks connected to LinkedIn;

24. Invite people you do not know to join your network;

25. Upload a cartoon, symbol, drawing or any content other than a head-shot photograph of yourself in your profile photo;

26. Use or attempt to use another's account without authorization from the Company, or create a false identity on LinkedIn;

27. Infringe or use LinkedIn's brand, logos and/or trademarks, including, without limitation, using the word "LinkedIn" in any business name, email, or URL or including LinkedIn's trademarks and logos except as provided in the Brand Guidelines or as expressly permitted by LinkedIn;

28. Upload, post, email, InMail, transmit or otherwise make available or initiate any content that:

    a. Falsely states, impersonates or otherwise misrepresents your identity, including but not limited to the use of a pseudonym, or misrepresenting your current or previous positions and qualifications, or your affiliations with a person or entity, past or present;

    b. Is unlawful, libelous, abusive, obscene, discriminatory or otherwise objectionable;

    c. Adds to a content field content that is not intended for such field (i.e. submitting a telephone number in the "title" or any other field or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is no a field provided by LinkedIn);

    d. Includes information that you do not have the right to disclose or make available under any law or under contractual or fiduciary relationships (such as insider information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

    e. Infringes upon patents, trademarks, trade secrets, copyrights or other proprietary rights;

    f. Includes any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes or any other form of solicitation. This prohibition includes but is not limited to (a) using LinkedIn invitations to send messages to people who don't know you or who are unlikely to recognize you as a known contact; (b) using LinkedIn to connect to people who don't know you and then sending unsolicited promotional messages to those direct connections without their permission; and (c) sending messages to distribution lists, newsgroup aliases, or group aliases;

    g. Contains software viruses, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment of LinkedIn or any User of LinkedIn;

    h. Forges headers or otherwise manipulate identifiers in order to disguise the origin of any communication transmitted through the Services; and/or

29. Participate, directly or indirectly, in the setting up or development of a network that seeks to implement practices that are similar to sales by network or the recruitment of independent home salespeople to the purposes of creating a pyramid scheme or other similar practices.

11. **COMPLAINTS REGARDING CONTENT POSTED ON THE LINKEDIN WEBSITE.**

We built LinkedIn to help you be a more successful professional, and to help professionals succeed. To achieving this purpose, we encourage our Users to share truthful and accurate information. We also respect the intellectual property rights of others. Accordingly, this Agreement requires that information poste by Users be accurate and not in violation of the intellectual property rights or other rights of third parties. To promote these objectives, LinkedIn provides a process for submission of complaints concerning content posted by our Users. Our policy and procedures can be found here:

LinkedIn Copyright Policy.

Claims regarding Copyright Infringement.

12. **PROVISIONS APPLICABLE TO USERS REGISTERING FROM FRANCE.**

    The following provisions apply if your country of registration is France, you are using LinkedIn from France, and you are using the French version of LinkedIn

    A. In accordance with Article L. 121-20 of the French Consumer Code, you are hereby informed that you have a seven (7) day period from the opening of your account to exercise your right of retraction, without any penalty or cause. However, in accordance with Article L. 121-20-2, 1° of the French Consumer Code, this right of retraction cannot be exercised once you have used the services of the account in question.

    B. You agree that you will not participate directly or indirectly in a network seeking to implement practices similar to "snowball" sales or services as set forth in Articles L 122-6 and L 122-7 of the French Consumer Code.

13. **PROVISIONS APPLICABLE TO USERS REGISTERING FROM GERMANY.**

    The following provisions apply and prevail over the above stated clauses if your country of registration is Germany, you are using LinkedIn from Germany an you are using the German version of LinkedIn:

    A. *Liability.*

    Subject to the provisions contained in the following paragraph and irrespective of legal ground, LinkedIn is liable only for damages resulting from the intentional misconduct or gross negligence of LinkedIn, its legal representatives, employees or authorized agents ("Agents").

    For damages resulting from the gross negligence of LinkedIn or its Agents, liability is limited to damages commonly associated with the agreement i question. For damages caused by LinkedIn or its Agents in the absence of intentional misconduct or gross negligence, LinkedIn's liability is limited t the extent that violations extend to obligations the satisfaction of which is of critical importance to the achievement of the respective agreement's purpose (cardinal obligation). In the event that a cardinal obligation is violated by way of light negligence, liability is limited to damages commonly associated with the agreement in question. The above limitation of liability does not affect liability as prescribed by the German Product Liability Act for damages from (1) injuries to life, body and health, or (2) the assumption of a guarantee or procurement risk. To the extent that LinkedIn's liability excluded or limited under the foregoing provisions, such provisions also operate to the benefit of LinkedIn Agents in cases in which a User sues LinkedIn Agents directly.

    B. *Decompilation.*

    In case you download certain software provided by LinkedIn, you are only entitled to decompile the Software under the rules provided in Sec. 69e Copyright Act ("Urhebergesetz") and only after LinkedIn has not provided the necessary information and data for allowing to establish interoperabilit with third party hard- or software after a written request within an adequate timeframe.

    C. *Right of Revocation.*

    If the User is a consumer (Sec. 13 German Civil Code), he or she may revoke registration for the Free or Premium Membership in writing (for example by letter, fax or eMail) without stating a reason within two (2) weeks of registration. Furthermore, the User may cancel registration for the Premium Membership in writing (e.g. by post, fax or eMail) within two (2) weeks without stating a reason, after changing from Free Membership to Premium Membership. The two-week periods begin with the reception of this information in text form. For exercising this right it is sufficient to send the revocation of the contract to the following address:

    LinkedIn Corporation
    ATTN: Legal Dept. / Cancellation
    2029 Stierlin Court
    Mountain View, CA 94043
    USA
    Fax: +1-650-810-2897

    http://linkedin.custhelp.com

    In the event of a valid cancellation, both parties shall be obliged to restore any benefits already received in accordance with legal provisions, and issue any gains (e.g. interest). If the User is unable or partially unable to restore the benefits, or only able to restore them in poor condition, to LinkedIn, then the User is obligated to reimburse LinkedIn for the corresponding value. Each party must fulfill its obligation for reimbursement within 30 days. The deadline begins for the User with the dispatch of the revocation; for LinkedIn, it begins with the reception of the revocation sent by the User. The right to revoke the contract expires if LinkedIn has begun providing the service with the User's explicit consent before the end of the deadline for the revocation or if the User has initiated the service himself or herself.

14. **PROVISIONS APPLICABLE TO USERS REGISTERING FROM THE UNITED KINGDOM.**

    The following provisions apply and in the event of a conflict prevail over the above stated clauses if you are using the Services as a consumer resident in the United Kingdom:

    A. *Disclaimer*

    DO NOT RELY ON LINKEDIN, ANY INFORMATION THEREIN, OR ITS CONTINUATION. WE PROVIDE THE PLATFORM FOR LINKEDIN AND ALL INFORMATION AND SERVICES ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE DO NOT PROVIDE ANY EXPRESS WARRANTIES OR REPRESENTATIONS.

    LINKEDIN IS NOT RESPONSIBLE, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR THE DELIVERY OF ANY MESSAGES (SUC AS INMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH LINKEDIN TO ANYONE. IN ADDITION, WE NEITHER WARRANT NOR REPRESENT THAT YOUR USE OF THE SERVICE WILL NOT INFRINGE THE RIGHTS OF THIRD PARTIES. ANY MATERIAL, SERVICE, OR TECHNOLOGY DESCRIBED OR USED ON THE WEBSITE MAY BE SUBJECT TO INTELLECTUAL PROPERTY RIGHTS OWNED BY THIRD PARTIES WHO HAVE LICENSED SUCH MATERIAL TO US, SERVICE, OR TECHNOLOGY.

    LINKEDIN DOES NOT HAVE ANY OBLIGATION TO VERIFY THE IDENTITY OF THE PERSONS SUBSCRIBING TO ITS SERVICES, NOR DOE: IT HAVE ANY OBLIGATION TO MONITOR THE USE OF ITS SERVICES BY OTHER USERS OF THE COMMUNITY; THEREFORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR IDENTITY THEFT OR ANY OTHER MISUSE OF YOUR IDENTITY OR INFORMATION.

FUNCTIONING. IN PARTICULAR, THE OPERATION OF THE SERVICES MAY BE INTERRUPTED DUE TO MAINTENANCE, UPDATES, OR SYSTEM OR NETWORK FAILURES. LINKEDIN DISCLAIMS ALL LIABILITY FOR DAMAGES CAUSED BY ANY SUCH INTERRUPTION OR ERRORS IN FUNCTIONING. FURTHERMORE, LINKEDIN DISCLAIMS ALL LIABILITY FOR ANY MALFUNCTIONING, IMPOSSIBILITY OF ACCESS, OR POOR USE CONDITIONS OF THE LINKEDIN SITE DUE TO INAPPROPRIATE EQUIPMENT, DISTURBANCES RELATED TO INTERNET SERVICE PROVIDERS, TO THE SATURATION OF THE INTERNET NETWORK, AND FOR ANY OTHER REASON.

### B. *Liability*

LinkedIn does not exclude or limit in any way its liability for fraud or fraudulent misrepresentation or death or personal injury caused by its negligenc

### C. *Decompilation.*

In case you download certain software provided by LinkedIn, you are only entitled to decompile the Software to the extent permitted by law where th is indispensable to obtain the information necessary to achieve the interoperability of an independently created program with the Software or with another program and such information is not readily available from LinkedIn or elsewhere.

### D. *Right to Cancel.*

You hereby acknowledge that we shall immediately commence the provision of the Services upon creation of your User account or your payment fo the Premium Services has been processed. In such circumstances, and because you consent to the commencement of the Services at this time, th right to cancel the contract under the Distance Selling Regulations 2000 is not applicable. However, you may terminate this Agreement at any time i accordance with clause 7.

## 15. PROVISIONS APPLICABLE TO USERS REGISTERING FROM ITALY.

The following provisions apply and prevail over the above terms and conditions if your country of registration is Italy, you are using LinkedIn from Italy and yc are using the Italian version of LinkedIn:

### A. *Liability.*

Pursuant to Article 1229 of the Italian Civil Code, the limitations of liabilities under Section 6 will not be valid and effective for damages resulting fror the intentional misconduct or gross negligence of LinkedIn, its legal representatives, employees or authorized agents.

### B. *Right of Withdrawal.*

Should the User be a consumer, according to Article 64 of the Italian Consumer Code, he will be entitled to a period of ten business days to withdra from the contracts with LinkedIn without any penalty or cause.

The period for exercising the right of withdrawal shall commence from the day of the opening of your account and - with regard to the contracts regarding further Premium Services provided by LinkedIn - from the day of the conclusion of the relevant contract.

The right of withdrawal may be exercised within such delay by written notice (also by certified e-mail) at the address here below. Notification may al be sent, by the same delay, by telegram, telex, e-mail or facsimile machine, provided that confirmation is also given by recorded delivery (with notification of receipt, also by certified e-mail) by no later than 48 hours thereafter.

LinkedIn Corporation
ATTN: Legal Dept. / Cancellation
2029 Stierlin Court
Mountain View, CA 94043
USA
Fax: +1-650-810-2897

http://linkedin.custhelp.com

As a consequence of the withdrawal, the parties will be released from their respective obligations arising out of the Contract. If, in the meantime, an obligations have been performed in full or in part, the withdrawal shall not affect the further obligations provided for by Article 67 of the Italian Consumer Code.

The right of withdrawal shall not apply to the provision of services if provision thereof has already begun, with the consumer's agreement before the end of the period referred to in Article 64 of the Italian Consumer Code.

ikedIn Corporation, Mountain View, California, USA, March 24, 2010.

**NOTICE OF CONTENT AND INTELLECTUAL PROPERTY VIOLATIONS**
(INCLUDES VIOLATIONS REGARDING TRADEMARK, LOGO, FALSE PROFILE AND OTHER CONTENT OTHER THAN COPYRIGHT INFRINGEMENT)

DATE: _____

TO:   LinkedIn Corporation
      Attn: Content Complaint Manager
      2029 Stierlin Court
      Mountain View, CA 94043, USA

      E-mail: abuse@linkedin.com

      **I declare UNDER PENALTY OF PERJURY that:**

      1.

      A) I am the owner, or an agent authorized to act on behalf of the owner, which owner's name is _____ ("IP Owner"), of a trademark or logo or other IP as follows:

      Identify, in sufficient detail, the trademark or other intellectual property that you claim has been infringed, including providing any registration number or similar identification. Attach applicable documents, if any.

      OR

      B) I am the holder, or a person authorized to act on behalf of the holder, which holder's name is _____, of a right which has been violated.

      Identify, in sufficient detail, the rights that you claim have been violated:

      2. I have a good faith belief that the following content ("Specified Content") on LinkedIn's website is not authorized by me or the law and is therefore infringing, inaccurate or unlawful:

      Identify the content on LinkedIn's site that you claim is infringing the intellectual property listed above or which you claim is inaccurate or unlawful:

      Where does the alleged infringing, inaccurate or unlawful material appear on LinkedIn's site? Please provide the name of the profile or group and the URL's to help us locate the content you are reporting:

6.24.2009
1553479 v8/NY
08/19/09 9:21 AM

Provide, if possible, information sufficient to permit LinkedIn to notify the user/administrator of the allegedly infringing, inaccurate or unlawful content:

3. I acknowledge that this Notice, including my contact information, may be provided to the LinkedIn user or users associated with the alleged infringing, inaccurate or unlawful content.

4. I may be contacted as follows:

My Name:                         Telephone:

Company or Other
IP Owner
(if different from me)           Email:

5. The information which I have provided in this Notice is accurate.

Electronic or Physical Signature:

Additional Information for Claims Relating to Groups.

LinkedIn supports and encourages its members to form LinkedIn groups based on common interests in order to facilitate communication amongst its Users. In some situations, Users may form groups based on an interest in a third party entity and accordingly identifies themselves with or references the third party's brand. Before submitting this form, please consider if any of your disputed uses qualify as a fair use permitted under the law and whether there is clear confusion as to your sponsorship and/or affiliation with the group. Further, if you claim any rights to own and/or administer the group which is using your name, logo or other brand features, we encourage you to contact the group owner/administrator directly to discuss transfer of ownership of the group.